Gerald B. Taylor, Of Counsel, AL #TAY026
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
FAX 816-531-2372
jerry@geraldbtaylor.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| **In Re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation** | : : : | **MDL No. 1699** <br> **District Judge: Charles R. Breyer** |
| *This Document Relates to* <br> JAMES M. CAMPBELL, <br>                 Plaintiff, <br> v. <br> PFIZER, INC., et al., <br>                 Defendants. | : : : : : : : : : : : | MDL No. 05-CV-01699 CRB <br><br> Case No. 3:07-CV-02530-CRB <br><br> **NOTICE OF ADDRESS CHANGE FOR PLAINTIFF'S ATTORNEY AND COUNSEL OF RECORD** |

1. Plaintiff, pursuant to applicable Rules of Civil Procedure and NDCA Local Rule 3-11, by and through the undersigned attorney, hereby notifies this Honorable Court and Counsel for the Defendants of the following:

2. Gerald B. Taylor, attorney at law in good standing with the Alabama Bar, previously admitted *pro hoc vice* pursuant to PTO No. 2, has changed his address.

3. From the filing date of this notice, Gerald B. Taylor shall be furnished with and receive any and all orders, pleadings, papers, correspondence, and other filings and/or correspondence related to Plaintiff's claims in the above-captioned matter at the following address:

Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
FAX 816-531-2372
jerry@geraldbtaylor.com

Dated: February 15, 2008                    Respectfully submitted:


　　/s/Gerald B. Taylor_____
Gerald B. Taylor          AL #TAY026
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
FAX 816-531-2372
jerry@geraldbtaylor.com

## CERTIFICATE OF SERVICE

The undersigned states that on the 15th day of February, 2008 the above and foregoing document was electronically filed, and notification of such filing was made by the Court via e-mail to all counsel electronically registered with the Court. Parties may access this filing through the Court's CM/ECF System. The aforementioned documents were also served by electronic mail, upon the following counsel of record:

Stuart M. Gordon
Gordon & Rees, LLP
Attn: Bextra/Celebrex MDL PFS
275 Battery Street, Suite 2000
San Francisco, CA  94111



　　　/s/Gerald B. Taylor_____
Attorney