Andy D. Birchfield, Jr. (BIR006)
Navan Ward, Jr. (WAR062)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343; Facsimile: (334) 954-7555
**Attorneys for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL 1699 ) ) Case No. 3:07-CV-2530-CRB ) ) |
| *This document relates to* **JAMES CAMPBELL, et al.,** Plaintiffs, vs. **PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC (FKA G.D. SEARLE & CO.), and MONSANTO COMPANY,** Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

### MOTION TO WITHDRAW

**COMES NOW** the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Navan Ward, Jr., and withdraws as counsel of record on behalf of Plaintiff, **James Campbell**, and as grounds therefore states as follows:

1. Gerald B. Taylor, Jr., formerly of Beasley, Allen, Crow, Methvin, Portis & Miles, will be representing Plaintiff, **James Campbell**. Mr. Taylor's address is 7208 Fairwoods Place, Montgomery, Alabama 36117.

_____
NAVAN WARD, JR. (WAR062)

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was mailed to all counsel listed below by first class, U.S. Mail, postage prepaid, or by email as listed, on this the 28 day of February, 2008.

_____
OF COUNSEL

Gerald B. Taylor, Jr.
7208 Fairwoods Place
Montgomery, Alabama 36117

Amy W. Schulman
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
amy.schulman@dlapiper.com

Stuart M. Gordon (SBN: 037477)
**GORDON & REES LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
Los Angeles, California 90071
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
sgordon@gordonrees.com

Michael C. Zellers (SBN: 146904)
**TUCKER ELLIS & WEST LLP**
515 South Flower Street, Suite 4200
Los Angeles, California 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
Michael.zellers@tuckerellis.com