Andy D. Birchfield, Jr. (BIR006)
Navan Ward, Jr. (WAR062)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343; Facsimile: (334) 954-7555
**Attorneys for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL M:05-CV-01699-CRB ) ) ) ) |
| *This document relates to* CYNTHIA MITCHELL PATRICIA REAUX MARY VICE SHERYL A. WILLIAMS MICHAEL HAMMER DAVID EAKER JAMES CAMPBELL, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, vs. PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC (FKA G.D. SEARLE & CO.), and MONSANTO COMPANY, Defendants. | ) ) ) ) ) ) ) ) ) ) |

## ORDER ON CONSOLIDATED MOTION TO WITHDRAW

**UPON CONSIDERATION** of the Consolidated Motion to Withdraw filed in the above cause of action, it is hereby **ORDERED** that the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Navan Ward, Jr., are allowed to withdraw as counsel of record for Plaintiffs Patricia Reaux, Case No. C-060-2431-CRB, Mary Vice, Case No.

C-06-2434-CRB, Sheryl A. Williams, Case No. C-06-2431-CRB, Michael Hammer, Case No. C-06-2434-CRB, David Eaker, Case No. C-06-6081, James Campbell, Case No. 3:07-CV-2530-CRB and Cynthia Miller, Case No. 3:06-CV-2437-CRB and Gerald B. Taylor, Jr. will remain as counsel of record. The court acknowledges that Cynthia Mitchell was inadvertently filed as Cynthia Miller in the Complaint styled "Gary Lee Abernathy, et al. vs. Pfizer, Inc., etc., Case No. 3:06-CV-2437-CRB.

**DATED** this the 17th day of March, 2008.



_____
THE HONORABLE CHARLES R. BREYER

Copy of signed order to:

Gerald B. Taylor, Jr.
7208 Fairwoods Place
Montgomery, Alabama 36117

Amy W. Schulman
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
amy.schulman@dlapiper.com

Stuart M. Gordon (SBN: 037477)
**GORDON & REES LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
Los Angeles, California 90071
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
sgordon@gordonrees.com