```
1
2   Thomas P. Cartmell, 45366
3   Thomas J. Preuss, 54923
    Christopher L. Schnieders 57725
4   Wagstaff & Cartmell LLP
    4740 Grand Avenue, Suite 300
5   Kansas City, MO 64112
    Phone: 816-701-1100
6   Facsimile: 816-531-2372
    Attorneys for Plaintiff, James Campbell
7
8
9                       UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11
12
13                                          )   Case Specific Number 07-2530
    IN RE: BEXTRA AND CELEBREX             )   MDL NO. 1699
14  MARKETING SALES PRACTICES AND          )   District Judge: Charles R. Breyer
    PRODUCT LIABILITY LITIGATION           )
15                                          )
                                            )
16  James Campbell,                         )
                         Plaintiffs,        )   STIPULATION AND ORDER OF
17                                          )   DISMISSAL WITH PREJUDICE
                  vs.                       )
18                                          )
    Pfizer, Inc., et al.                    )
19                       Defendants.        )
                                            )
20                                          )
21
22      Come now the Plaintiff, (JAMES CAMPBELL) Defendants, by and through the
23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'
25  fees and costs.
        DATED: February 20, 2009
26
27                                              [signature]
28                                              Attorneys for Plaintiff, James Campbell
```

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2  DATED: April 27, 2009          DLA PIPER US LLP

3
                                  By: _____
4                                     Michelle Sadowsky
                                      Attorneys for Defendants
5

6

7

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10  Dated: APR 3 0 2009
                                      _____
11                                    Hon. Charles R. Breyer
                                      United States District Court

12

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**