Ted G. Meadows
Navan Ward, Jr.
Gerald B. Taylor, Jr.
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
234 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

This Document Relates To:

*Ruth M. Dickman v. G.D. Searle, et al.* (05-4783 CRB)

*Donald H. Fugate v. G.D. Searle, et al..* (05-4783 CRB)

*Gary Estes v. Pfizer Inc., et al.* (06-2432 CRB)

*Joeann Hill v. Pfizer Inc., et al.* (06-2432 CRB)

*Claude Gibasiewicz v. Pfizer, Inc., et al.* (06-6081 CRB)

*Jerry W. Whitaker v. Pfizer, Inc., et al.* (07-2530 CRB)

*Jacque Wolfe v. Pfizer, Inc., et al.* (05-4782 CRB)

*Joyce Jones v. Pfizer, Inc., et al.* (06-0087 CRB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

*Patti Stevens-Rucker, Beneficiary of the Estate of Erma J. Fuller, Deceased. v. Pfizer, Inc., et al.*
(05-4783 CRB)

*Robin Slaton, Beneficiary of the Estate of Lena R. Slaton, Deceased v. Pfizer, Inc., et al.*
(05-4783 CRB)

*Ted Kiper, Individually and as the Personal Representative of the Estate of Rebecca D. Kiper v. Pfizer, Inc., et al.*
(06-6080 CRB)

*Jack L. King v. Pfizer, Inc., et al.*
(06-6081 CRB)

*Roy Lee Tessneer, Individually and as the Personal Representative of the Estate of Barbara Tessneer v. Pfizer, Inc., et al.*
(07-1354 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 12/15, 2010

By: [signature]

Navan Ward, Jr.
**BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: 12/16, 2010 By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 2 2 2010

Hon. Charles R. Breyer
United States District Court